AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| WILLIAM BAILEY, *individually and on behalf of all others similarly-situated,*<br>　　　　　　*Plaintiff*<br>　　　　　v.<br>W.D. WRIGHT CONTRACTING, INC., *et al.,*<br>　　　　　　*Defendants* | )<br>)<br>)　Civil Action No.　1:20-cv-12<br>)<br>) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: The unopposed motion of Plaintiff William Bailey, individually and on behalf of the two opt-in plaintiffs he represents, Joshua Bailey and Allen Bradford, to approve settlement and dismiss the case with prejudice (Doc. 22) is GRANTED; and this case is DISMISSED with prejudice.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge　Timothy S. Black, U.S. District Judge　on a motion for approval of settlement (Doc. 22).

Date:　3/10/2021

*CLERK OF COURT*

_____
*Signature of Clerk or Deputy Clerk*